No. 89–5401.  BENSON *v.* LIVESAY, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 89–5414.  STEPHENS *v.* SULLIVAN, SECRETARY, HEALTH AND HUMAN SERVICES.  C. A. 4th Cir.  Certiorari denied.

No. 89–5428.  SPYCHALA *v.* RUSHEN ET AL.  C. A. 9th Cir. Certiorari denied.

No. 89–5439.  CLARK *v.* FRANK, POSTMASTER GENERAL OF THE UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 89–5473.  GILLES *v.* INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 89–5475.  BLACKMON, AKA DENSON *v.* ARMONTROUT, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 89–5479.  MURRAY *v.* TANSY, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 89–5481.  TURNER *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 89–5487.  MANTER ET AL. *v.* TOWN OF FAYETTE.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 89–5488.  GOTTLIEB *v.* ABARIS BOOKS, INC., ET AL. C. A. 2d Cir.  Certiorari denied.

No. 89–5489.  TUCKER *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 89–5492.  EVANS *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 89–5498.  PRICE *v.* PRICE.  Cir. Ct. Mercer County, W. Va.  Certiorari denied.

No. 89–5499.  PRENZLER *v.* COUNTY OF ORANGE ET AL. C. A. 9th Cir.  Certiorari denied.